UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KURTIS C. ANDERSON,<br><br>Defendant. | **2:19-PO-5005-KLD**<br>Ticket Number: FBCX005A and<br>FBCX0059<br>Location Code: M4B<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Kurtis C. Anderson, was present in court and entered a plea of no contest to the charges of: 18:13-7990.P ABANDONING ANY PERSONAL PROPERTY and 18:13-7990.P POSSESSING OR LEAVING REFUSE, DEBRIS, OR LITTER.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1. Defendant must pay a fine in the amount of $50.00 plus $30.00 Special Assessment for 18:13-7990.P ABANDONING ANY PERSONAL PROPERTY and $50.00 plus $30.00 Special Assessment for 18:13-7990.P POSSESSING OR LEAVING REFUSE, DEBRIS, OR LITTER for a total of $160.00, Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Defendant may also pay online at www.cvb.uscourts.gov

. The fine shall be paid as follows: $40 payment due each month starting on November 8, 2019, and due every month thereafter on the 8th of every month.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Johnston. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: September 5, 2019.

10/21/2019
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge